UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

    Plaintiff,

v.

AMHERST COLLEGE, CAROLYN "BIDDY"
MARTIN, SUZANNE COFFEY, ALLEN HART,
FRANCES TULEJA, LAURIE FRANKL and
SUSIE MITTON SHANNON,

    Defendants.

C.A. No. 3:14-cv-30114-MGM

## JOINT STATEMENT PURSUANT LOCAL RULE 16.1

Pursuant to this Court's September 24, 2014 Notice of Scheduling Conference, and in accordance with Fed. R. Civ. P. 16 (b) and Local Rule 16.1, counsel for the parties hereby submit the following Joint Statement, which addresses (1) a proposed agenda of matters to be discussed at the scheduling conference; (2) a proposed pretrial schedule (including a plan for initial disclosures, discovery, filing of motions, and a pretrial conference); and (3) certifications required by Local Rule 16.1(D)(3).

**I.**      **Agenda of Matters to be Discussed At Scheduling Conference.**

    A.    Proposed Pretrial Schedule

        1.    Initial Disclosures

        2.    Discovery Plan

        3.    Motion Schedule

        4.    Pretrial Conferences

    B.    Mediation/Alternative Dispute Resolution

    C.    Trial by Magistrate Judge

    D.    Mediation/ADR

    E.    Any Other Matters Listed in Fed. R. Civ. P. 16(c)

## II. Proposed Pretrial Schedule

    A.    <u>Initial Disclosures</u>.  The parties will exchange initial disclosures under Fed. R. Civ. P. 26(a) by <u>November 3, 2014</u>.

    B.    <u>Discovery Plan</u>

The parties agree that the discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C), except that neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules.  Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1(C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

        1.    **Deadline for Completion of Fact Discovery (Depositions, Written Discovery)**: <u>March 6, 2015</u>.  Written Discovery shall be served so that the responses shall be completed by <u>March 6, 2015</u>.

        2.    **Deadline for Plaintiff's Expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2)**: <u>April 1, 2015</u>.

        3.    **Deadline for Defendants' Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2)**: <u>May 1, 2015</u>.

        4.    **Completion of any additional expert discovery, including interrogatories and depositions**: <u>June 5, 2015</u>.

    C.    <u>Motion Schedule</u>

        1.    **Motions to Amend**: Motions to amend shall be filed not later than <u>December 17, 2014</u>, and shall be served upon the proposed new party no later than <u>December 3, 2014</u>.

        2.    **Motions for Summary Judgment**: Any motion for summary judgment shall be filed by <u>July 10, 2015.</u>

    D.    <u>Pretrial Conference</u>

If no summary judgment motion is filed, the parties will be prepared to meet with the Court to discuss scheduling the trial of this matter on or after <u>August 3, 2015</u>.  If a motion for

summary judgment is filed, the parties will be prepared to meet with the Court to discuss scheduling the trial of this matter on or after October 5, 2015.

### III. Local Rule 16.1(c) Settlement Proposal and Mediation/ADR

Plaintiff has submitted a written settlement proposal to defense counsel in accordance with Local Rule 16.1. Defense counsel will confer with defendants regarding the proposal and be prepared to respond at the scheduling conference. The parties will also be prepared to discuss whether a referral to ADR is advisable.

### IV. Trial by Magistrate Judge

The parties do not consent to a trial by Magistrate Judge.

### V. Local Rule 16.1(D)(3) Certifications By Counsel and Parties

Pursuant to Local Rule 16.1(D)(3), certification from parties' respective counsel and authorized representatives will be filed separately by each party.

| JOHN DOE<br>By his attorneys,<br><br>/s/ Luke Ryan<br>David P. Hoose (BBO No. 239400)<br>DHoose@strhlaw.com<br>Luke Ryan (BBO No. 664999)<br>LRyan@strhlaw.com<br>SASSON, TURNBULL, RYAN & HOOSE<br>100 Main Street, Third Floor<br>Northampton, Massachusetts 01060<br>(413) 586-4800 | AMHERST COLLEGE, CAROLYN "BIDDY" MARTIN, SUZANNE COFFEY, ALLEN HART, FRANCES TULEJA, LAURIE FRANKL and SUSIE MITTON SHANNON,<br>By their attorneys,<br><br>/s/ Scott A. Roberts<br>Scott A. Roberts (BBO No. 550732)<br>sroberts@hrwlawyers.com<br>Tobias W. Crawford (BBO No. 678621)<br>tcrawford@hrwlawyers.com<br>HIRSCH ROBERTS WEINSTEIN LLP<br>24 Federal Street, 12th Floor<br>Boston, Massachusetts 02110<br>(617) 348-4300 |
|---|---|

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2014.

              /s/ Scott A. Roberts
              Scott A. Roberts