UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-30114-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| AMHERST COLLEGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |


SETTLEMENT ORDER OF DISMISSAL
January 20, 2015


The court, having been advised on January 15, 2015,  that the above-entitled

action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

forty-five (45) days if settlement is not consummated.


By the Court,


 /s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk