UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>AMHERST COLLEGE, CAROLYN "BIDDY" MARTIN, SUZANNE COFFEY, ALLEN HART, FRANCES TULEJA, LAURIE FRANKL and SUSIE MITTON SHANNON,<br><br>    Defendants. | C.A. No. 3:14-cv-30114-MGM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed with prejudice and without costs, and waiving all rights of appeal.

**JOHN DOE**

By his attorneys,

/s/ David P. Hoose
David P. Hoose (BBO No. 239400)
DHoose@strhlaw.com
Luke Ryan (BBO No. 664999)
LRyan@strhlaw.com
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, Third Floor
Northampton, Massachusetts 01060
(413) 586-4800

**AMHERST COLLEGE, CAROLYN "BIDDY" MARTIN, SUZANNE COFFEY, ALLEN HART, FRANCES TULEJA, LAURIE FRANKL and SUSIE MITTON SHANNON,**

By their attorneys,

/s/ Scott A. Roberts
Scott A. Roberts (BBO No. 550732)
sroberts@hrwlawyers.com
Tobias W. Crawford (BBO No. 678621)
tcrawford@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
(617) 348-4300

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 6, 2015.

                                            /s/ Scott A. Roberts
                                            Scott A. Roberts